LAW OFFICES OF
# *CHARLES J. SIEGEL*

CHARLES J. SIEGEL
RICHARD DELL
RICHARD D. O'CONNELL
FRED B. SMITH
JACK L. COHEN
PETER E. VAIRO
STUART A. APPLOFF
MARC S. RUSSO
CHRISTOPHER A. SOUTH
ALFRED T. LEWYN
STEPHANIE A. JOHNSON
IROSHA RATNASEKERA
ROBERT CYPHER, JR.
THOMAS GIBBONS

40 WALL STREET
7TH FLOOR
NEW YORK, NEW YORK 10005
(212) 440-2350

LAW OFFICE SUPERVISOR:
EILEEN GOUSE

PARALEGALS:
NILS NELSON
ARLENE RULLAN

LAW CLERKS:
ALEXA RISSOFF

July 30, 2008

**(via FACSIMILE   212-805-0426)**
United States District Court/SDNY
500 Pearl Street
New York, NY  10007
Attention: Hon. Laura Taylor Swain, U.S.D.J.

Re:   Marie Ruppert v. D&R Transportation
      Our File Number:  108140073
      U.S. Docket No. 07 CV 5788 (LTS)

Hon. Madam :

Per my conversation with Sara of your chambers, this is to confirm that the above matter has not been settled, as of this time.

By copy of this letter, I am confirming said information to Joseph Tandet, Esq., plaintiff's counsel, as well as counsel in all related cases.

Respectfully yours,

Jack L. Cohen

Cc: Joseph Tandet, Esq.
David Horowitz, Esq.
Myron Lasser, Esq.