OUR FILE NO: 108/073/JLC
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DORIS KAUFMAN,

                                            Plaintiff,

-against-

D&R TRANSPORTATION, LLC., PS. INC., and
DONALD P. MOORE,

                                            Defendants.
-----------------------------------------------------------------X

**DOCKET NO.
08 CIV 5466**

**RULE 7.1**

**C O U N S E L O R S:**

Pursuant to Rule 7.1 of the Local Civil Rules for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for ***D&R TRANSPORTATION, LLC, PS, INC., and DONALD P. MOORE***, a private (non-governmental) party certifies that the following are corporate parents, or publicly held corporations that owns 10% or more of its stock:

<u>**NONE**</u>

Dated: New York, New York
         August 4, 2008

LAW OFFICES OF CHARLES J. SIEGEL

By: *Jack L. Cohen*
       JACK L. COHEN ((JLC/9449)
       Attorneys for Defendants
       D&R TRANSPORTATION, LLC, PS, INC.,
       and DONALD P. MOORE
       40 Wall Street Plaza – 7th Floor
       New York, New York  10005
       (212) 440-2335

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                       } ss.:
COUNTY OF NEW YORK     }

PAM SHIWRAM, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Queens, New York, that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the Defendants, D&R TRANSPORTATION, LLC, PS, INC., and DONALD P. MOORE herein, that on the ___ day of August, 2008, she served the within:

### RULE 7.1

upon:

MYRON G. LASSER, P.C.
Attorneys for Plaintiff
60 Bay Street
Staten Island, New York 10301
(718) 727-8900

the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose.

_____
PAM SHIWRAM

Sworn to before me this
___ day of August, 2008

_____
NOTARY PUBLIC

MIRIAM SOTO
Notary Public, State of New York
No. 43-4820462
Qualified in Richmond County
Commission Expires Sept. 30, ____

OUR FILE NO: 108/073: JLC/ps
SUPREME COURT OF THE STATE OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DORIS KAUFMAN,                                                              INDEX NO. 08 CIV 5466

                        Plaintiff,                                                **ANSWER TO**
                                                                          **COMPLAINT**
     -against-

D & R TRANSPORTATION, LLC, P.S., INC.,
and DONALD P. MOORE,

                        Defendants.
-------------------------------------------------------------------X

**C O U N S E L O R S:**

        Defendants, D& R TRANSPORT, PS, INC. and DONALD P. MOORE, by and through their attorneys, the LAW OFFICES OF CHARLES J. SIEGEL, answering the Verified Complaint of the plaintiff herein, alleges upon information and belief:

1.       Deny any knowledge or information sufficient to form a belief as to Paragraphs designated "FIRST", "SECOND", "THIRD", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH", "FOURTHEENTH", "FIFTEENTH", "SIXTEENTH", "SEVENTEENTH", "EIGHTEENTH", "NINETEENTH", "TWENTIETH", "TWENTY-FIRST", "TWENTY-SECOND", "THIRTIETH", "THIRTY-FIRST", "THIRTY-SIXTH", "THIRTY-SEVENTH", "THIRTY-EIGHTH" and "THIRTY-NINTH" of the Complaint.

2.       Admit Paragraphs "FOURTH", "TWENTY-THIRD", "TWENTY-FOURTH", "TWENTY-FIFTH", "TWENTY-SIXTH", "TWENTY-SEVENTH", "TWENTY-EIGHTH" and 'TWENTY-NINTH of the Complaint.

3.       EXCEPT WHERE SPECIFICALLY ADMITTED, THE DEFENDANTS, D& I TRANSPORT AND DONALD P. MOORE DENIY ALL OTHER ALLEGATIONS CONTAINED IN THE COMPLAINT.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4.      Upon information and belief, any past or future costs or expenses incurred or to be incurred by the plaintiff for medical care, dental care, custodial care, or rehabilitative services, loss of earnings, or other economic loss, has been or will, with reasonable certainty, be placed or indemnified in whole or in part from collateral source as defined in Section 4545(c) of the New York Civil Practice Law and Rules. If any damages are recoverable against said defendant, the amount of such damages shall be diminished by the amount of the funds which plaintiff has or shall receive from such collateral source.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5.      In the event that the plaintiff recovers any judgment against this defendant, then these defendants demand that any such judgment be diminished in accordance with Article 16 of the CPLR and more particularly Section 1601 thereof.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

6.      If the plaintiff, DORIS KAUFMAN, sustained damages as alleged, such damages occurred while plaintiff was engaged in an activity into which she entered, knowing the hazard, risk and danger of the activity and she assumed the risks incidental to and attending the activity.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

7.      Defendants, D & R TRANSPORTATION, LLC, PS, INC., and DONALD P. MOORE, pursuant to Section 1412 of the CPLR, alleges on information and belief, that if plaintiff sustained any injuries or damages at the time and place alleged in her Complaint, such injuries or damages were the result of the culpable conduct of the plaintiff or because of the plaintiff's negligence and assumption of risk. Should it be found however, that the answering defendant is liable to the plaintiff herein, any liability being specifically denied, then the answering defendant alleges that if any damages are found, they are to be apportioned among the plaintiff and defendants according to the degree of responsibility that each is found to have in the occurrence, in proportion to the entire measure of responsibility for the occurrence.

**WHEREFORE,** Defendants demand judgment dismissing the complaint herein, together with the costs and disbursements of this action.

Dated: New York, New York
August 4, 2008

                        Yours, etc.

                        Law Offices of
                        CHARLES J. SIEGEL
                        Attorney for Defendants
                        D&R Transportation, LLC
                        PS, INC., and DONALD P. MOORE
                        Office & P.O. Address
                        40 Wall Street - 7th Floor
                        New York, New York 10005
                        (212) 440-2350

               By: _____
                        JACK L. COHEN (JLC/C9449)

TO:    MYRON G. LASSER, P.C.
        Attorneys for Plaintiff
        60 Bay Street
        Staten Island, New York 10301
        (718) 727-8900

        MR. JOSEPH TANDET (Co-plaintiff)
        488 Madison Avenue - Suite 1100
        New York, New York 10022
        (212)486-9494

        DAVID HOROWITZ, P.C.
        Attorneys for Plaintiff (Kaufman)
        276 Fifth Avenue
        New York, New York 10001
        (212) 684-3630

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                       }ss.:
COUNTY OF NEW YORK     }

     PAM SHIWRAM, being duly sworn, deposes and says:

     That deponent is not a party to this action, is over 18 years of age and resides in Queens, New York, that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the Defendants, D&R Transportation, LLC, PS, INC., and DONALD P. MOORE, herein, that on the ____ day of August, 2008, she served the within:

## ANSWER

upon:

    MYRON G. LASSER, P.C.
    Attorneys for Plaintiff
    60 Bay Street
    Staten Island, New York  10301
    (718) 727-8900

    MR. JOSEPH TANDET (Co-plaintiff)
    488 Madison Avenue - Suite 1100
    New York, New York  10022
    (212)486-9494

    DAVID HOROWITZ, P.C.
    Attorneys for Plaintiff (Kaufman)
    276 Fifth Avenue
    New York, New York  10001
    (212) 684-3630

the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose.

_____
PAM SHIWRAM

Sworn to before me this
____ day of August 2008

_____
NOTARY PUBLIC

MIRIAM SOTO
Notary Public, State of New York
No. 43-4820462
Qualified in Richmond County
Commission Expires Sept. 30, 2010